UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CAJERO TORRES et al., *on behalf of all other employees similarly situated*,

                            Plaintiffs,

                  -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                            Defendants.

19 Civ. 2532 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has been advised that discovery in this case has closed and that the parties' efforts to resolve the matter through mediation have not succeeded. Accordingly, the Court hereby schedules a case-management conference on **Wednesday, December 23, 2020, at 2:00 p.m.** The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    It does not appear that any party intends to move for summary judgment. If, however, any party does intend to so move, in accord with the Court's Individual Rule 3(H), that party shall, within 14 days of this order, request that the case-management conference serve as a pre-motion conference. To so request, the moving party shall submit a letter via ECF, not to exceed three single-spaced pages in length, setting forth the basis for the anticipated motion, including the legal standards governing the claims at issue. Other parties shall respond similarly within

seven days.  The Court will review and discuss with counsel any anticipated summary judgment motions at the pre-motion conference.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 20, 2020
         New York, New York