UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                     Plaintiffs,

          -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                     Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Today the Court held a Case Management Conference in this action, at which the parties confirmed that this case is to be tried to a jury. Accordingly, as set forth at today's conference, the parties shall file a joint pretrial order and all other pretrial filings required by the Court's Individual Rule 5.A–B, including any motions *in limine*, by **February 5, 2021.** Any filings in opposition to motions *in limine* will be due by **February 12, 2021**, pursuant to the Court's Individual Rule 5.D. Unless otherwise ordered, courtesy copies shall be submitted via email to EngelmayerNYSDChambers@nysd.uscourts.gov, not in hard copy.

    The Court will then proceed with scheduling the trial in this case, subject to the limitations occasioned by the COVID-19 pandemic.

    SO ORDERED.

                                              *Paul A. Engelmayer*
                                           PAUL A. ENGELMAYER
                                           United States District Judge

Dated: December 23, 2020
          New York, New York