UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CAJERO TORRES, et al.,

                        Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                        Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

      As discussed at today's conference, the Court is dismayed by the apparent failure by plaintiffs' counsel to seek any discovery in this case until many months after its deadline to do so, including its failure to obtain any discovery whatsoever regarding one of the plaintiffs: Manuel Diaz Cortes. Accordingly, the Court orders each partner who has appeared in this case—and, if none have, then the lead partner(s) at the firm Hang & Associates, PLLC—to file on the docket of this case, by **Wednesday, December 30, 2020**, a sworn declaration explaining in detail why the firm's conduct in discovery (*i.e.*, the failure to pursue documentary discovery or depositions) complied with its professional obligations to each of its three clients here.

      SO ORDERED.

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated:  December 23, 2020
           New York, New York