

WWW.MKCLAWGROUP.COM
LAW OFFICES OF
MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300   NEW YORK, NEW YORK 10001 (212) 726-1104 FAX (212) 726-3104 | 2 EXECUTIVE DRIVE, STE. 240 FORT LEE, NEW JERSEY 07024 (201) 947-5200 FAX (201) 708-6676  *Please Reply to: FORT LEE* | 300 HUDSON STREET. STE. 10 HOBOKEN, NEW JERSEY 07024 (201) 708-6675 FAX (201) 708-6676  EMAIL: VGonzalez@MKCLawGroup.com |

December 30, 2020

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

Re:       Cajero Torres et al. v. Sushi Sushi Holdings Inc.
Docket No.:  1:19-cv-002532-PAE

Dear Judge Engelmayer:

    Our office represents the defendants in the above referenced litigation.  With the consent of our adversary, I am writing to request an extension of the current joint pre-trial order which is due by February 5, 2021.  We are requesting a new deadline after February 17, 2021.

    Although we attempted to schedule a settlement conference with Magistrate Judge Lehrburger before the joint pre-trial order deadline of February 5, 2021, we were advised that his schedule could not accommodate us.  His law clerk proposed, and we have tentatively scheduled, subject to your approval, a pre-settlement conference on February 10, 2021 and a settlement conference on February 17, 2021.  We were instructed to make the instant letter motion to you immediately.

    Thank you for your consideration of this joint request.

Respectfully Submitted,

/s    ***Vincent L. Gonzalez***
Michael K. Chong, Esq.

Granted.  The parties' deadline to file a joint pretrial order and all other pretrial filings required by the Court's Individual Rule 5.A–B, including any motions *in limine*, is hereby extended from February 5, 2021 to **February 24, 2021.**  The deadline to file any oppositions to motions *in limine* is hereby extended from February 12, 2021 to **March 3, 2021.**

SO ORDERED.

                          _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge

January 4, 2021