UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                      Plaintiffs,

           -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                      Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 14, 2021, the Court directed attorney Vincent L. Gonzalez, by January 15, 2021, either to move to withdraw or file a letter stating his intention to remain counsel to the defendants. *See* Dkt. 60 at 1 n.1. The Court has not received any filing by Gonzalez.

Accordingly, it is hereby ordered that Gonzalez shall file, by 5:00 p.m. on January 20, 2021, either a motion to withdraw or a letter stating his intention to stay on as counsel to the defendants.

SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: January 19, 2021
         New York, New York