UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CAJERO TORRES, et al.,

                      Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                      Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the motion of Vincent L. Gonzalez to withdraw as counsel on behalf of defendants. Dkt. 63. For the reasons given in the Court's January 14, 2021 order, *see* Dkt. 60, the Court will also hold in abeyance, until February 4, 2021—*i.e.*, defendants' deadline to retain new counsel—Gonzalez's motion to withdraw. The Court expects to grant that motion after February 4, 2021, and will do so earlier if successor counsel appears on defendants' behalf before then. If Sushi Sushi Holdings, Inc. and Harlem Sushi Inc. remain unrepresented after February 4, 2021, the Court will entertain a motion by plaintiffs for entry of a default judgment as to those defendants, on account of their failure to defend this lawsuit.

    SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: January 20, 2021
           New York, New York