UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CAJERO TORRES and MARIO BAUTISTA, individually and on behalf of others similarly situated,<br><br>       *Plaintiffs,*<br>  v.<br><br>SUSHI SUSHI HOLDINGS INC. d/b/a SUSHI SUSHI, HARLEM SUSHI INC. d/b/a SUSHI SUSHI, IGOR GRINBERG and ANGIE HERRERA,<br><br>       *Defendants.* | **AFFIDAVIT OF SERVICE OF COURT ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**<br><br>Case: 1:19-cv-2532-PAE-RWL |

Michael K. Chong, Esq., upon his oath deposes and states:

1. I am an attorney at law duly admitted to practice before the United States District Court, Southern District of New York.  I am currently counsel for the Defendants in this action and have knowledge of the facts set forth herein. I make this Affidavit in support of a Motion for Leave to Withdraw as Counsel.

2. Pursuant to the court's order (Document 71), I am submitting this Affidavit of Service to confirm I have served the Court's Order granting the pending Motions to Withdraw as counsel for Defendants, and the court's order (Document 71).

3. My office has sent to the Defendants a copy of the court's order via email, which has been the primary method of communication with the Defendants.

4. Defendants have sent a confirming email notifying me that they have received the court's order (Document 71).

I certify the foregoing statements are true. I am aware if any of the above statements are willfully false, I may be subject to punishment.

Date: February 8, 2021                    Law Offices of Michael Chong, LLC
                                          *Counsel for Defendants*

                                          S/ *Michael K. Chong*
                                          Michael K. Chong, Esq

                                          2 Executive Drive, Ste. 240
                                          Fort Lee, NJ 07024
                                          Ph#: (201) 947-5200
                                          Fx#: (201) 708-6676

                                          300 Hudson Street, Ste. 10
                                          Hoboken, NJ 07030
                                          Ph#: (201) 708-6675
                                          Fx#: (201) 708-6676

                                          1250 Broadway, 36th Fl., Ste. 300
                                          New York, NY 10001
                                          Ph#: (212) 726-1104
                                          Fx#: (212) 726-3104
                                          MKC@mkclawgroup.com