# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

February 12, 2021

Shan Zhu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: szhu@hanglaw.com

**VIA ECF**
Hon. Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

    Re:  **Cajero Torres et al v. Sushi Sushi Holdings Inc.**
         Case No. 1:19-cv-02532-PAE-RWL

      *Letter Status Report re: pre-settlement conference and letter*
      *motion for leave to file a motion to strike the answer and a motion*
      *for default judgment*

Hon. Judge Engelmayer,

  This office represents Plaintiffs Ricardo Cajero Torres and Mario Bautista ("Named Plaintiffs"), and opt-in Plaintiff Manuel Diaz Cortes ("Opt-in Plaintiff" or "Mr. Cortes") in the abovementioned matter. I am writing to update your honor of the pre-settlement conference hold before Judge Lehrburger. Plaintiffs also seek Court relief to strike corporate defendants' answer and move the Court for a default judgment against the Corporate Defendants.

  Parties have participated in the pre-settlement conference before Judge Lehrburger. Because individual defendants need additional time to access their previous provided confidential mediation statement in December 2020, Hon. Judge Lehrburger will adjourn the settlement conference previously scheduled on February 17, 2020.

  Parties have discussed the deadline for pre-trial submissions during the conference. Parties do not intend to move the pre-trial submission deadlines.

Hon. Paul A. Engelmayer
Page 2

    Given the Corporate Defendants failed to obtain counsel by February 4, 2021, as ordered by the Court, the Plaintiffs intend to move the Court to strike the Answer and move the Court for a default judgment against the Corporate Defendants. ECF. Dkt. No. 64.

    We appreciate the Court's time and continued attention in this matter.

    Respectfully,

    _s/ Shan Zhu_
    Shan Zhu, Esq.
    *Attorney for Plaintiffs*

Cc:    Sushi Sushi holdings Inc., d.b.a Sushi Sushi
    Harlem Sushi Inc., d..b.a Sushi Sushi
    Igor Grinberg
    Angie Herrera
    1504 Amsterdam Avenue
    New York, NY 10031
    *Defendants pro se*
    *Via First Class Mail*

The Court thanks plaintiffs for this update. The Court will not strike defendants' answer, which was proper when filed and pertains to claims against both the individual and corporate defendants. Plaintiffs may, however, move for a default judgment against the now-unrepresented corporate defendants in accord with the procedures set forth in the Court's Individual Rule 3(M). All deadlines for matters not involving the corporate defendants remain in place.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

February 16, 2021