UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                              Plaintiffs,

                -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                              Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court thanks the parties for their cooperation in submitting a proposed joint pretrial order.  The Court will hold a pretrial conference in this case on **Thursday, April 1, 2021, at 1:00 p.m.**, to discuss the joint pretrial order and trial in this case.  This conference will be held telephonically.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **The parties are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                                     *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: March 15, 2021
          New York, New York