UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

RICARDO CAJERO TORRES, et al.,

                                         Plaintiffs,           19 Civ. 2532 (PAE) (RWL)

                -v-

SUSHI SUSHI HOLDINGS INC., et al.,                    ORDER

                                         Defendants.

------

PAUL A. ENGELMAYER, District Judge:

    The Court has received a motion *in limine* from plaintiffs, filed one day after their deadline to do so. *See* Dkts. 89–91; Dkt. 83 (setting March 12, 2021 as deadline for motions *in limine*). In light of plaintiffs' late filing, defendants shall have an extra day, until March 23, 2021, to file any response. The Court admonishes plaintiffs that future failures to abide by Court deadlines are likely to result in the Court disregarding their submissions.

    Further, plaintiffs' memorandum of law in support of their motion *in limine* cites two exhibits, but plaintiffs neglected to file those documents. *See* Dkt. 91 at 2. Plaintiffs are directed to file those exhibits forthwith, and to serve their complete *in limine* submissions on defendants.

    Counsel for plaintiffs is directed to serve this order on defendants.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 16, 2021
       New York, New York