UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CAJERO TORRES, et al.,<br><br>                              Plaintiffs,<br>                    -v-<br>SUSHI SUSHI HOLDINGS INC., et al.,<br><br>                              Defendants. | 19 Civ. 2532 (PAE) (RWL)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received correspondence from *pro se* defendant Igor Greenberg regarding the final pretrial conference scheduled for April 1, 2021, and the parties' pretrial submissions. *See* Dkts. 97, 98.

The Court grants Grinberg's request to adjourn that conference. It will be instead take place on **Tuesday, April 6, 2021, at 4:30 p.m.**, on the same conference line discussed in the Court's prior order. *See* Dkt. 88.

If Grinberg believes that he submitted a filing to the *pro se* office but it has not been docketed, he should contact the *pro se* office for further assistance. The Court has not received any proposed *voir dire* from Grinberg.

Finally, Grinberg appears to seek to file a motion to preclude certain exhibits proposed by plaintiffs in the parties' proposed joint pretrial order, *i.e.*, a motion *in limine*. Dkt. 98. His deadline to do so, after an extension occasioned by his failure to participate in the preparation of the proposed joint pretrial order, was March 12, 2021. *See* Dkts. 80–83. The Court was clear that it would "not grant any further extensions of this deadline." Dkt. 83. Accordingly,

Grinberg's request is denied; he may not now submit any motions *in limine* to exclude plaintiffs' proposed exhibits.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2021
       New York, New York