UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAJERO TORRES, et al.,                    :
                                          :       19-CV-2532 (PAE) (RWL)
                       Plaintiffs,        :
                                          :
       - against -                        :       ORDER
                                          :
SUSHI SUSHI HOLDINGS INC., et al.,        :
                                          :
                       Defendants.        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for settlement and inquest after default of certain defendants. My Deputy Clerk will reach out to the parties to schedule a settlement conference. By June 3, 2021, Plaintiffs shall notify the Court their position as to whether the inquest should be conducted before or after trial/settlement with the non-defaulting defendants.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2021
      New York, New York

Copies transmitted this date to all parties of record.

1