USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CAJERO TORRES, et al.,

      Plaintiffs,

  - against -

SUSHI SUSHI HOLDINGS INC., et al.,

      Defendants.
-------------------------------------------------------------X

19-CV-2532 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  The Court rescinds its inquest order at Dkt. 118, which was issued for entry before receiving Defendant's letter at Dkt. 119. The Court concludes that a settlement conference should be held before Plaintiff incurs any further attorney's fees in preparing inquest papers. Accordingly, if settlement discussions are not successful, the Court will issue a new inquest order at that time. Further, even if inquest papers are submitted before trial, the Court may hold decision in abeyance until after trial.

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2021
   New York, New York

Copies transmitted this date to all parties of record.