UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
CAJERO TORRES, et al.,

                         Plaintiffs,

        - against -

SUSHI SUSHI HOLDINGS INC., et al.,

                        Defendants.
---------------------------------------------------------------X

19-CV-2532 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

At the conference held on June 29, 2021, Plaintiffs expressed their intent to proceed to trial against the individual defendant. Accordingly, the Court will hold in abeyance the inquest with respect to the defaulting corporate defendant until after trial.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2021
       New York, New York

Copies transmitted this date to all parties of record.

1