UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                  Plaintiffs,

          -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court issues this order to notify counsel and the parties that the jury trial in this case—which had been scheduled by the District to start, with jury selection, on September 7, 2021—will be adjourned until a date to be determined during the fourth quarter of 2021. The adjournment is in recognition of the continuing process of finding, if possible, pro bono counsel for defendants, and of the fact that September 7, 2021 is Rosh Hashanah.

    If there are specific dates when a necessary counsel or party is unavailable during the fourth quarter of 2021, please file a letter, by Thursday, August 5, 2021, on the docket of this case, setting out those dates and the specific reason why the party or counsel in question is unavailable. This deadline is necessary because internal submissions seeking fourth-quarter trial dates are due soon thereafter.

    SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: August 3, 2021
         New York, New York