UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                                    Plaintiffs,

                      -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                                   Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 3, 2021, the Court issued an order notifying counsel and the parties that trial, which had been scheduled to start on September 7, 2021, would be adjourned until a date to be determined during the fourth quarter of 2021, in light of the Rosh Hashanah holiday and the fact that pro bono counsel for defendants had not yet appeared. The Court also directed counsel to file a letter setting out dates in the fourth quarter of 2021 when a necessary counsel or party is unavailable for trial. Dkt. 126. Plaintiffs' counsel have done so. *See* Dkt. 127. Pro bono counsel for the defendants today filed notices of appearances, *see* Dkts. 128, 129. The Court welcomes incoming counsel, and directs such counsel to file a similar such letter by the close of business on August 11, 2021. This deadline is necessary to enable the Court to meet an internal deadline for seeking fourth-quarter trial dates.

      SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: August 10, 2021
       New York, New York