UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO CAJERO TORRES, et al.,

                                   Plaintiffs,

                -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                   Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

This case has been placed on the jury trial list for the week of December 13, 2021.  The case must be trial-ready for that date.  This case is a backup on the list for jury trials for that day.  This means that the case will not proceed if a trial scheduled ahead of this one goes forward.  The Court is mindful that counsel for plaintiffs had a pre-scheduled state court conference on December 14, 2021.  The Court is hopeful that, if this case is prepared to go forward on December 13, 2021, the conference will not prove an impediment.  If this case cannot proceed on December 13, 2021, the Court will seek another jury trial date for as soon as possible thereafter.  As soon as the Court confirms that the trial will proceed on December 13, 2021, it will inform the parties.

In the coming weeks, the Court will schedule a final pretrial conference to be held in-person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 27, 2021
      New York, New York