UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                              Plaintiffs,

          -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                            Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court schedules the final pretrial conference in this case for December 2, 2021, at 2 p.m. The conference will be held in person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York, 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse for the conference.

       On March 12, 2021, the parties submitted a proposed pre-trial order, proposed voir dire questions, and a request to charge. Dkts. 84, 85, and 86. Given that new counsel has joined the case, the parties are requested to submit a modified Joint Pretrial Order due November 17, 2021, prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3). That order should reflect the Court's ruling on May 27, 2021, Dkt. 114, granting in part and denying in part plaintiffs' motion in limine, Dkt. 90.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: November 2, 2021
       New York, New York