## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 17, 2021

Shan Zhu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: szhu@hanglaw.com

**VIA ECF**
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted. The joint request to charge will be due November 24, 2021. No further extensions will be granted. The Court reminds counsel of 1.E of the Court's Individual Rules and Practices in Civil Cases. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
11/18/21

Re: **Cajero Torres et al v. Sushi Sushi Holdings Inc.**
Case No. 1:19-cv-02532-PAE-RWL
*Letter Motion to Extend the Deadline to file jury instruction*

Dear Judge Engelmayer,

This office represents Plaintiffs Ricardo Cajero Torres and Mario Bautista ("Plaintiffs"). I am writing to request a one week extension to file requests to charge. I understand that Defendants intend to file their own requests to charge by today's deadline, but consent to our request for a one week extension so that the parties can further meet and confer in an attempt to file joint requests to charge. We seek to file such requests to charge on November 24, 2021, instead of today, November 17, 2021 (ECF No. 134).

Counsel successfully worked on joint proposed *voir dire* questions, as well as the joint pretrial order. Counsel is thus confident that the parties will be able to jointly file a meaningful portion of the requests to charge to streamline the process for the Court.

We appreciate the Court's time and continued attention in this matter.

Respectfully,

*s/ Shan Zhu*
Shan Zhu, Esq.
*Attorney for Plaintiffs*