UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CAJERO TORRES, et al., <br><br>                                       Plaintiffs, <br>                  -v- <br><br> SUSHI SUSHI HOLDINGS INC., et al., <br><br>                                       Defendants. | 19 Civ. 2532 (PAE) (RWL) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

      On August 27, 2021, the Court issued an order notifying the parties that this case had been scheduled provisionally as a backup to other jury trials in December of this year. Dkt. 133. This order confirms that, at the request of the parties, the trial date has been adjourned to a date to be set within the first quarter of 2022. The Court has applied for a jury trial date within that quarter consistent with counsels' availability as furnished to the Court, *see* Dkt. 135.

      The final pretrial conference in this case remains scheduled for December 2, 2021 at 2 p.m. in Courtroom 1305 of the Thurgood Marshall United States Courthouse. Dkt. 134.

      SO ORDERED.

                                                                                    Paul A. Engelmayer
                                                                                    United States District Judge

Dated: November 22, 2021
       New York, New York