UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                 Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                 Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On December 2, 2021, the Court held a pretrial conference in which it made various rulings with respect to the proposed joint pretrial order, for the reasons stated on the record.

    At the joint request of the parties, the Court authorized the depositions of plaintiffs Ricardo Cajero Torres and Mario Bautista, and of defendants Igor Grinberg and Angie Herrera. Those depositions must be taken by January 30, 2022. By December 7, 2021, the parties are to submit a joint letter stating the dates on which they have agreed the depositions will be taken.

    The Court also set a briefing schedule for the evidentiary objections raised by plaintiffs in the proposed joint pretrial order. By December 9, 2021, plaintiffs' counsel is to furnish defense counsel with a draft of a letter setting out plaintiffs' bases for their objections. By December 16, 2021, defendant is to file a joint letter to the Court, which adds defendants' responses; plaintiffs' counsel is to be given an opportunity to review the final submission. The parties are directed to attach the exhibits in question to the letter.

    As the Court informed the parties at the conference, this case has been placed on the jury trial list for February 28, 2022. The case must be trial-ready for that date. This case is a backup on the list for jury trials for that day. This means that the case will not proceed if a trial

scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on February 28, 2022, it will inform the parties.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 2, 2021
　　　　New York, New York