UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

Defendants.

---

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 2, 2021, the Court informed the parties that this case had been placed on the jury trial list for February 28, 2022, albeit behind multiple cases. *See* Dkt. 143. Two other cases remain ahead of this case on that date. The Court was further notified today that a different case on its docket, which had been assigned a similarly contingent jury trial date of March 1, 2022, will in fact go to trial that day. For these reasons, it is no longer realistic to expect this case to go to trial on February 28, 2022. The Court therefore adjourns the trial date for this quarter, and will be in touch with counsel shortly to obtain availability for trial dates for next quarter.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 8, 2022
New York, New York