UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                            Plaintiffs,

          -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                           Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The case has been placed on the jury trial list for the week of May 16, 2022. The case must be trial-ready for that date. This case is a backup on the list for jury trials for that week. This means that the case will not proceed if trials scheduled ahead of this one go forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed the week of May 16, 2022, it will inform the parties.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: March 3, 2022
       New York, New York