UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                              Plaintiffs,

          -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                            Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 3, 2022, the Court notified the parties that this case had been placed on the jury trial list for the week of May 16, 2022.

Trial in this case is now set to begin on **May 17, 2022**. This is a firm trial date. The Court hereby schedules a final pretrial conference in this case for May 3, 2022, at 3:30 p.m. At this conference, the Court will resolve plaintiffs' remaining evidentiary objections, *see* Dkt. 157.

The conference will be held in person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York, 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse for the conference.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: April 5, 2022
       New York, New York