UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                        Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                        Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 3, 2022, the Court held the final pretrial conference in this case. *See* Dkt. 165. At that conference, the Court directed the parties to submit (1) a proposed verdict form and (2) a list of all persons and entities that they anticipate being mentioned in the course of testimony by May 10, 2022.

Defendants have timely filed their proposed verdict form, Dkt. 167, and submitted the entity names to the Court via email. Plaintiffs have submitted neither. They are directed to do so by the end of the day today, May 11, 2022.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

Paul A. Engelmayer
United States District Judge

Dated: May 11, 2022
       New York, New York