UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                              Plaintiffs,

          -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                             Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Trial in this case is scheduled to begin on May 17, 2022. On December 2, 2021, the Court told plaintiffs to "secure . . . a court-certified Spanish interpreter" as the trial date approached. Dkt. 150 at 5–6. On May 3, 2022, the Court reminded plaintiffs' counsel and inquired as to the status of the plaintiffs' interpreter.

On May 12, 2022, after additional correspondence with chambers via email, plaintiffs' counsel submitted a name of an interpreter, Oscar Gutierrez. However, the District's interpreters' office has informed chambers that Mr. Gutierrez is not court-certified. The Court is dismayed and alarmed that plaintiffs have ignored the Court's clear direction as to this vital matter.

Plaintiffs' counsel is directed to **contact the Southern District's interpreter's office immediately** to secure a court-certified interpreter for trial. Trial will not be adjourned on account of failing to secure a court-certified interpreter. For avoidance of doubt, the Court will not and cannot receive the testimony of a witness requiring the use of an interpreter unless such a person is court-certified. Counsel is to file a sworn declaration on the docket of this case immediately on the retention of such an interpreter, identifying that individual.

SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                                    Paul A. Engelmayer
                                                                    United States District Judge

Dated: May 12, 2022
         New York, New York