UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                  Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                  Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At the close of trial today, the Court set the following schedule for the parties' briefs on damages and attorneys' fees.

- Plaintiffs' brief on damages and attorneys' fees is due June 3, 2022. Along with their memorandum of law, plaintiffs are to file on the public docket of this case time and billing records substantiating their claims for fees and expenses. Plaintiffs are to furnish these records to defendants within one week of this order, to facilitate discussions about the appropriate fee award.
- Defendants' brief on damages and attorneys' fees is due June 17, 2022.

The Court thanks the parties and counsel and wishes all well.

SO ORDERED.

                                                                Paul A. Engelmayer
                                                                United States District Judge

Dated: May 20, 2022
       New York, New York