UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                            Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                            Defendants.

19-CV-2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: May 23, 2022
       New York, New York

**EXHIBIT 1**

notifiycation

voted johnklett (juror #1) to be foreman

JURY NOTE 1

we need the following exhib,

D-1
D-7
D-8
D-11
D-12
D-13
D-14
D-15
D-16
D-21
D-23
D-24
D-29
D-30
D-31
D-32

JURY NOTE 2

## QUESTION

With respect to issue VII, question 16. Does "accurate" refer to the calculated amount printed on the state or the correct amount as required by the law?

That is, were they paid the amount on the statement or the amount required by law? otherwise

JURY NOTE 3

we have completed our deliberations

JURY NOTE 4