**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICARDO CAJERO TORRES and MARIOBAUTISTA, each individually and on behalf all other employees similarly situated,

Plaintiffs,

- against -

SUSHI SUSHI HOLDINGS INC. d/b/a SUSHI SUSHI, HARLEM SUSHI INC. d/b/a SUSHI SUSHI, IGOR GRINBERG, and ANGIE HERRERA,

Defendants.

Case No.: 1:19-cv-02532-PAE-RWL

NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

**NOTICE OF PLAINTIFF'S MOTION FOR REASONABLE ATTORNEY'S FEES AND COSTS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, and the declarations and exhibits submitted herewith, the Plaintiffs will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 1305, New York, New York 10007 on such day and time as counsel may be heard, for an Award of Attorneys' Fees and costs pursuant to 29 U.S.C. §216 and New York Labor Law § 663.

Dated: June 3, 2022
      Flushing, New York

By:*/s/ Guofeng Li____*
Guofeng Li, Esq.
Hang & Associates, PLLC
138-20 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288

1