UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                        Plaintiffs,

                    -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                        Defendants.

---

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 20, 2022, the Court directed plaintiffs to submit a brief on damages and attorneys' fees by June 3, 2022.  Dkt. 175.

On June 3, 2022, plaintiffs' counsel filed a motion for attorneys' fees, Dkt. 189, a memorandum of law in support, Dkt. 190 ("Br."), and the declaration of Guofeng Li in support, Dkt. 191.  Although plaintiffs' counsel's brief argues that a fee award need not be proportional to damages award, Br. at 1, 9, the brief, dismayingly, nowhere tabulates the damages plaintiffs' counsel believes are warranted *to their own clients*, based on the jury's verdict.  Instead, plaintiffs' counsel requests only fees and costs for themselves.  *Id.* at 10.

The Court reminds plaintiffs' counsel, not for the first time, of their fiduciary obligations to their clients.  The Court directs plaintiffs' counsel to file, by the end of the day on June 7, 2022, a memorandum of law that calculates and cites authority for the award due *to their clients*.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 6, 2022
       New York, New York