UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Ricardo Cajero Torres, Mario Bautista, and　　　　Case No.: 1:19-cv-02532
Manuel Diaz Cortes each individually and
on behalf all other employees similarly situated,　　**MOTION TO WITHDRAW AS ATTORNEY**

　　　　　　　　　　　Plaintiffs,

　　　　　　　v.

Sushi Sushi Holdings Inc. d/b/a Sushi Sushi,
Harlem Sushi Inc. d/b/a Sushi Sushi,
Igor Grinberg, and Angie Herrera
　　　　　　　　　　　Defendants.
--------------------------------------------------------------X
To: The clerk of court and all parties of record

　　**PLEASE TAKE NOTICE** that Shan Zhu is no longer employed with Hang & Associates PLLC, as of June 3, 2022. Hang & Associates PLLC will continue to represent the Plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

　　WHEREFORE, undersigned respectfully requests that this Court permit Shan Zhu to withdraw as attorney for the Plaintiffs and remove him from the docket in the above referenced matter.

　　I appreciate the Court's time and attention in this matter.

Dated: June 7, 2022
　　　　Flushing, New York

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Shan Zhu*
　　　　　　　　　　　　　　　　　　　　　　Shan Zhu, Esq.