UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                        Plaintiffs,

                    -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                        Defendants.

---

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 3, 2022, plaintiffs filed a motion for attorneys' fees and costs following a jury trial verdict in this case. Dkt. 189. To assist the Court in resolving that motion, the Court hereby directs plaintiffs' counsel to file, on the docket of this case, their retainer agreement(s) for plaintiffs Cajero Torres and Bautista by 12 p.m. tomorrow, July 13, 2022.

Yesterday, via email, the Court directed the parties to email the native versions of the billing records, Dkt. 191-1, and appendices to Dkt. 198, to the Court, along with the total hours plaintiffs' counsel is seeking for each timekeeper. Such is also due no later than 12 p.m. tomorrow, July 13, 2022.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 12, 2022
       New York, New York