# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

LORENA P. DUARTE, ESQ.
Tel : (718) 353-8588
Cell: (305) 965-4252
Fax: (718) 353-6288
Email: lduarte@hanglaw.com

## CONFIDENTIAL

This agreement, executed in duplicate with each party receiving an executed original, is made between Hang & Associates, PLLC (Attorney) and _Ricardo Cajero Torres_ (Client).

Este acuerdo es entre Hang & Associates, PLLC (Abogado) y _Ricardo Cajero Torres_ (Cliente). Ha sido duplicado y cada partido recibe un original ejecutado.

The legal services to be provided by Attorney to Client are as follows: Representation of Client with respect to a wage and hour claim against _Sushi Sushi & Igor Grinberg_ and/or related entities and individuals.

Los servicios legales a ser proporcionados por los Abogados al Cliente son los siguientes: Representación del cliente con respecto una demanda por sueldos y salarios contra _Sushi Sushi & Igor Grinberg_ y/o entidades relacionadas.

Attorney will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Client will be truthful and cooperative with Attorney and keep Attorney reasonably informed of developments and of Client's address, telephone number, and whereabouts.

El abogado realizará los servicios legales solicitados en este acuerdo, mantendrá al Cliente informado de los avances y desarrollos de este caso, y responderá rápidamente a las consultas y las comunicaciones de los clientes. Cliente será honesto y de cooperativo con Abogado y mantendrá al Abogado informado de información del cliente incluyendo su número de teléfono, y su dirección.

The amount Attorney will receive as fees for the legal services to be provided under this agreement will be either: 1/3 (33.3%) of the recovery obtained, or the amount agreed upon during settlement with Defendant's counsel, or the amount awarded by the Court, whichever of these is greatest. Client understands that this Attorney's fee is not set by law but rather is negotiable between the Attorney and the Client. If there is no net recovery when case is closed including settled or tried, Attorney will receive no attorney's fees.

1

Los honorarios que el Abogado recibirá por sus servicios jurídicos bajo este Acuerdo serán la cantidad mayor de: 1/3 (33.3%) de la recuperación obtenida, o la cantidad acordada durante negociaciones con los abogados de los acusados, o la cantidad aprobada por la corte. El cliente entiende que los honorarios de este abogado no están establecido por la ley, sino es negociable entre el abogado y el cliente. Si no hay una recuperación neta al final del caso, que incluye asentamiento, acuerdo, o juzgado, el Abogado no recibirá honorarios.

Attorney will advance all "costs" in connection with Attorney's representation of Client under this agreement. Attorney will be reimbursed out of the recovery before any distribution of fees to Attorney or any distribution to Client. Costs include, but are not limited to, court filing fees, deposition costs, expert fees and expenses, investigation costs, long-distance telephone charges, messenger service fees, photocopying expenses, and process server fees.

Abogado avanzará todos los "costos" en relación con la representación del Abogado por el Cliente en virtud de este acuerdo. Abogado será reembolsado de la recuperación en este caso, antes de cualquier distribución de las tasas al Abogado o al cliente. Los costos incluyen, pero no se limitan a, las tasas de tramitación judicial, costos de deposición, honorarios de expertos y gastos, gastos de investigación, gastos de teléfono de larga distancia, cargos por servicio de mensajería, gastos de fotocopias, y los honorarios del servidor de procesos.

Attorney will not settle Client's claim without the approval of Client, who will have the absolute right to accept or reject any settlement. Attorney will notify Client promptly of the terms of any settlement offer received by Attorney.

Abogado no asentara reclamo del cliente sin la aprobación del cliente, quien tendrá el derecho absoluto de aceptar o rechazar cualquier acuerdo. Abogado notificará Cliente sin demora de los términos de cualquier oferta de liquidación recibida por el Abogado.

Attorney will have a lien for Attorney's fees and costs advanced on all claims and causes of action that are the subject of this representation of Client under this agreement and on all proceeds of any recovery obtained (whether by settlement, arbitration award, or court judgment).

Abogado tendrá un gravamen para los honorarios y costos del abogado avanzados en esta representación del Cliente y en virtud de este acuerdo sobre todos los ingresos de cualquier recuperación obtenidos (ya sea por acuerdo, laudo arbitral o sentencia judicial).

Client may discharge Attorney at any time by written notice effective when received by Attorney. Unless specifically agreed by Attorney and Client, Attorney will provide no further services and advance no further costs on Client's behalf after receipt of the notice. If Attorney is Client's attorney of record in any proceeding, Client will execute and return a substitution-of-attorney form immediately on its receipt from Attorney. Notwithstanding the discharge, Client will be obligated to pay Attorney a reasonable attorney's fee for all services provided and to reimburse Attorney for all costs advanced.

El cliente puede descargar Abogado en cualquier momento por notificación escrita, efectiva cuando recibido por el Abogado. A menos que se haga un acuerdo entre Abogado y

2

cliente, Abogado terminara sus servicios y deja de avanzar costos por cuenta del cliente después de la recepción de esta notificación escrita. Si el Abogado es Abogado del cliente de registro en cualquier procedimiento, el Cliente firmara un documento de sustitución de abogado inmediatamente después de recibido por el Abogado. A pesar de la aprobación de la gestión, el cliente estará obligado a pagar los honorarios al Abogado de un abogado razonable por todos los servicios prestados. También tendrá que reembolsar Abogado por todos los costos avanzados en servicio del Cliente.

Attorney may withdraw from representation with Client's consent or for good cause. Notwithstanding Attorney's withdrawal, Client will be obligated to pay Attorney a reasonable attorney's fee for all services provided, and to reimburse Attorney for all costs advanced.

Abogado podrá retirarse de la representación con el consentimiento del cliente o por una causa justa. A pesar de la retirada del Abogado, el Cliente estará obligado a pagar los honorarios al Abogado de un abogado razonable para todos los servicios proveído, y reembolsar Procurador de todos los costos avanzados en servicio del Cliente.

At the termination of services under this agreement, Attorney will release promptly to Client on request all of Client's papers and property. "Client's papers and property" include correspondence, deposition transcripts, exhibits, experts' reports, legal documents, physical evidence, and other items reasonably necessary to Client's representation, whether Client has paid for them or not.

A la terminación de los servicios bajo este acuerdo, el Abogado dará a conocer a cliente por encargo todos los papeles y la propiedad del cliente. Documentos y bienes de los clientes incluyen correspondencia, transcripciones de deposición, exposiciones, informes de expertos, documentos legales, pruebas físicas, y otros artículos necesarios para la representación del cliente, aunque Cliente ha pagado por ellos o no.

Although Attorney may offer an opinion about possible results regarding the subject matter of this agreement, Attorney cannot guarantee any particular result. Client acknowledges that Attorney has made no promises about the outcome and that any opinion offered by Attorney in the future will not constitute a guaranty.

Aunque el Abogado puede ofrecer una opinión acerca de los resultados posibles, el Abogado no puede garantizar ningún resultado en particular. El Cliente reconoce que el Abogado no ha hecho promesas acerca de los resultados y que cualquier opinión ofrecida por el Abogado en el futuro no constituirá una garantía.

This agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this agreement will be binding on the parties. If any provision of this agreement is held in whole or in part to be unenforceable for any reason, the remainder the agreement will be severable and remain in effect.

Este acuerdo contiene el acuerdo entero entre Abogado y Cliente. Ningún otro acuerdo, declaración o promesa hecha en o antes de la fecha de vigencia de este acuerdo será vinculante

para las partes. Si alguna disposición de este acuerdo se lleva a cabo en su totalidad o en parte, no es exigible por cualquier razón, el resto del acuerdo será separable y permanecerá en vigor.

This agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both of them.

Este acuerdo podrá ser modificado por acuerdo posterior entre Abogado y Cliente únicamente mediante un instrumento escrito firmado por ambos.

The prevailing party in any action or proceeding to enforce any provision of this agreement will be awarded reasonable attorney's fees and costs incurred in that action or proceeding or in efforts to negotiate the matter.

El partido que prevalezca en cualquier acción o procedimiento para hacer cumplir cualquier disposición de este acuerdo se adjudicará honorarios y costos incurridos en la que la acción o procedimiento, o en los esfuerzos para negociar el asunto de abogados.

This agreement will be effective when, Attorney receives one executed copy of this agreement from Client, provided the copy is received on or before ___Feb 1, 2019___.

Este acuerdo será efectivo cuando, Abogado recibe una copia ejecutada de este acuerdo del cliente, siempre que se recibe la copia de este acuerdo en o antes del ___1 de Feb. 2019___

Date: _1/28/19_

X Client: _[signature]_

Date: _1/28/19_

Attorney: _[signature]_
Lorena P. Duarte, Esq. for Hang & Associates, PLLC