UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                        Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                        Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On July 15, 2022, the Court directed plaintiffs to file a letter on the docket indicating whether they intended to pursue the damages inquest against defaulting defendants by July 22, 2022. Dkt. 202. Plaintiffs have not done so. The Court accordingly dismisses plaintiffs' claims against the defaulting corporate defendants.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 26, 2022
       New York, New York