UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                      Plaintiffs,

-v-

SUSHI SUSHI HOLDINGS INC., et al.,

                      Defendants.

19 Civ. 2532 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 29, 2022, the Court received a motion from plaintiffs' counsel for reconsideration of its award of attorney fees and costs. Dkt. 206. The Court directs defendants to respond by August 4, 2022, limited to plaintiffs' request for reimbursement of the costs of translation services and trial transcripts. The Court does not invite a reply from plaintiffs.

For avoidance of doubt, the hearing scheduled for August 11, 2022, at 9:00 a.m., at which checks will be transmitted from the defense to plaintiffs and plaintiffs' counsel, remains as scheduled.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: August 1, 2022
       New York, New York