UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO CAJERO TORRES, et al.,

                                    Plaintiffs,

                -v-

SUSHI SUSHI HOLDINGS INC., et al.,

                                    Defendants.

---

19 Civ. 2532 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 29, 2022, plaintiffs submitted a motion for reconsideration of the Court's ruling

on attorney fees and costs, Dkt. 206, along with an affidavit from attorney Jian Huang, Dkt. 207,

which attached exhibits documenting counsels' payment of certain costs.  On August 4, 2022,

the defense submitted an opposition.  Dkt. 210.

After close consideration of the issues presented, the Court has determined to deny the

motion for reconsideration.  The Court will set out the bases for this decision in a bench opinion,

which it will issue at the hearing scheduled for August 11, 2022, at 9:00 a.m., at which checks

are to be transmitted from defendant Igor Grinberg to plaintiffs and plaintiffs' counsel.

In its July 15, 2022 Opinion and Order, the Court awarded $4,625.19 to plaintiff Cajero

Torres and $2,613.66 to plaintiff Bautista in damages, and, to Hang & Associates, PLLC, $5,145

in fees and $1,285.63 in costs.  Dkt. 202.  Today's denial of the motion for reconsideration

leaves these amounts unchanged.

The Court respectfully instructs the Clerk of Court to close the motion pending at Dkt.

206.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 8, 2022
       New York, New York