**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICARDO CAJERO TORRES, et al.,

                Plaintiff,

-against-                                    19 **CIVIL** 2532 (PAE)(RWL)

                                                **JUDGMENT**

SUSHI SUSHI HOLDINGS INC., et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2022, per the Court's (and the parties') tabulations based on the jury's findings in its May 20, 2022 verdict, the pertinent data is as follows: 1. Cajero Torres is owed $1,135.27 in unpaid overtime wages, $2,286 in unpaid spread of hours pay, and, through May 20, 2022, pre-judgment interest of $1,203.92. Dkt. 202 at 12. Per an Excel spreadsheet created by the parties, the amount of pre-judgment interest as of August 12, 2022 will be $1,423.62, for total damages as of the date of judgment of $4,844.88. 2. Bautista is owed $594 in overtime wages, $1,464 in unpaid spread of hours pay, and, through May 20, 2022, pre-judgment interest of $555.66. Dkt. 202 at 12. Per an Excel spreadsheet created by the parties, the amount of pre-judgment interest as of August 12, 2022 will be $731.16, for total damages as of the date of judgment of $2,789.16. 3. Hang & Associates, PLLC, is owed $5,145 in fees and $1,285.63 in costs.

**Dated:**  New York, New York

       August 12, 2022

                                                                       **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                                 **BY:**    *K. Mango*

                                                                        **Deputy Clerk**